AO 182
(Rev. 9/07)

**ORIGINAL**
**RECEIPT FOR PAYMENT**

56194

# U. S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Atlanta, Georgia

**RECEIVED FROM** Erica M. Krieval, Esq.
1330 Belmont St NW-301
Washington, DC 20009

| ACCOUNT | AMOUNT |
|---|---|
| 0869PL | |
| 086400 | |
| 086900 | |
| 322340 | |
| 322350 | 15.00 |
| 322360 | |
| 6855AP | |
| 510000 | 15.00 |
| | |
| **TOTAL** | 30.00 |

**GENERAL AND SPECIAL FUND**
- 0869PL  PLRA Filing Fees
- 086400  Docketing Fees
- 086900  Docketing Fees
- 322340  Sale of Publications & Opinions
- 322350  Copy Fees
- 322360  Miscellaneous
  (include certification fee)
- 6855AP  Attorney Admission Fee
- 510000  Fees for Judicial Services

☑ Mail
☑ Rail

Case Number or Other Reference: 12-11735

*All checks, money orders, drafts, etc. are accepted subject to collection. Full credit will not be given until the negotiable instrument has been accepted by the financial institution on which was drawn.* #239

Date: 4/26 20 13    Check ✓    DEPUTY CLERK: Tina Patterson